ISRAEL M. COLEMAN, Respondent, *v.* CATING ROPE WORKS, INC., et al., Appellants.

Submitted November 23, 1936; decided December 31, 1936.

*Samuel J. Worms* and *Philip Frank* for Cating Rope Works, Inc., et al., appellants.

*David Gorfinkel* and *Ulysses S. Adler* for E. Rabinowe & Co., appellant.

*Lowen E. Ginn* and *Stephen Holden* for respondent.

Appeal dismissed, with costs, on the ground the order is not final. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.